IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KURTIS LADELL BROWN III, )
a.k.a. CURTIS LEE BROWN, SR., )
a.k.a. CURTIS L. BROWN, )
)
    Plaintiff, )
)
v. ) CASE NO. CV407-124
)
GREGORY THOMAS, Deputy Warden )
of Care and Treatment at )
Coastal State Prison, et. )
al., )
)
    Defendants. )
)

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 12.) The Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

SO ORDERED this 8th day of December, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA